**Order entered January 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01691-CV

## DAVID W. BARNETT, M.D., INDIVIDUALLY AND D/B/A TEXAS NEUROSURGERY, Appellant

### V.

## JAMES TIMOTHY EDGE AND MAI LYNETT EDGE, Appellees

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-04671-A**

## ORDER

We **GRANT** appellant's January 23, 2014 unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than February 16, 2014. Appellant is cautioned that no further extensions will be granted absent exigent circumstances.


/s/      ELIZABETH LANG-MIERS
          JUSTICE